# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | 9471119 | Downey | 143 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/20/2025 2230 | MTA - 16 105 B1 |

**Place of Offense:** Porter St Fort Detrick

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Holder of learners permit driving without req. supervision

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Powell | Cameron | X |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ CMV ☐ | Color |
|---|---|---|---|---|---|
| 2A43985 | MD | | Honda Civic | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 290 Forfeiture Amount
+ $30 Processing Fee
$ 320.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Dr
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9471119*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 Aug, 20 25 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland.

While on patrol, a white in color Honda bearing Maryland tag "2A43985" was observed driving with only day time headlights on. H. Kohacski activated his emergency lights and conducted a traffic stop and I stopped as the second/back up officer. The driver, Powell, was identified by his Maryland Learner's Permit MD 10274857057. Powell was the only individual in the vehicle and did not have the required supervision. Powell was cited for driving without required supervision and was escorted to his residence 1836 A King Pl on post.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/20/2025
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident